# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 16-1321** | **September Term, 2016** |
| | **FCC-81FR62818** |
| | **Filed On:** November 14, 2016 |

Securus Technologies, Inc.,

    Petitioner

    v.

Federal Communications Commission and
United States of America,

    Respondents

------------------------------

Campaign for Prison Phone Justice, et al.,
                         Intervenors

------------------------------

Consolidated with 16-1322, 16-1323,
16-1339, 16-1392, 16-1393

## O R D E R

    It is **ORDERED**, on the court's own motion, that case Nos. 16-1392 and 16-1393 be consolidated with case Nos. 16-1321, et al. The newly consolidated cases are hereby held in abeyance pursuant to the order filed in case Nos. 16-1321, et al. on November 2, 2016.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                         BY:    /s/
                                   Amanda Harris
                                   Deputy Clerk